**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7613**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

MICHAEL J. PAVLOCK,

              Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, District Judge.  (1:10-cr-00007-IMK-RWT-1)

Submitted:  March 17, 2015          Decided:  March 19, 2015

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael J. Pavlock, Appellant Pro Se.  Andrew R. Cogar, Shawn Angus Morgan, Assistant United States Attorneys, Clarksburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael J. Pavlock appeals the district court's orders denying his third motion for an extension of time to respond to the Government's motion for a final order of forfeiture, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Pavlock, No. 1:10-cr-00007-IMK-RWT-1 (N.D.W. Va. Sept. 10, 2014; Sept. 15, 2014; Oct. 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED